IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSE RAMIREZ,

    Plaintiff,

vs.                              CASE NO. 5:06cv260/RS-MD

LINDA MIMMS, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 43). Plaintiff has not filed objections and has failed to provide the court his current mailing address.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and adopted and incorporated in this order.

2. This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on July 9, 2008.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**